# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DANIELLE SHIPLETT,<br>     Appellant,<br>  vs.<br>KEVIN SHIPLETT,<br>     Respondent. | No. 83202 |
| KEVIN MICHAEL SHIPLETT,<br>     Appellant,<br>  vs.<br>DANIELLE NICOLE SHIPLETT,<br>     Respondent. | No. 83312 |

FILED

JAN 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

Cause appearing, appellants' motions for voluntary dismissal of these appeals are granted. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Rebecca Burton, District Judge, Family Court Division
   Carolyn Worrell, Settlement Judge
   Robbins & Onello, LLP
   The Law Offices of Frank J. Toti, Esq.
   Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-01833